# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00607-CV

**Robert M. McIntyre, Appellant**

**v.**

**Triple S. Petroleum Co., Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-09-002077, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Robert M. McIntyre and appellee Triple S. Petroleum Co. have filed a joint motion to dismiss this appeal and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(B).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Joint Motion

Filed:   October 20, 2010